# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40222
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 26, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RIVELINO DE JESUS YEPEZ-ROSAS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:13-CR-734-1

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Rivelino de Jesus Yepez-Rosas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). At the request of this court, the attorney has filed a letter advising of the efforts to inform Yepez-Rosas of his rights under *Anders* in a language he can understand. *United States v. Moreno-Torres*, 768 F.3d 439, 441 (5th

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40222

Cir. 2014).    In the letter, Yepez-Rosas's attorney states that he has communicated all relevant information to the defendant in Spanish.    Yepez-Rosas has not filed a response.    We have reviewed counsel's brief and the relevant portions of the record reflected therein.    We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.